UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKYLEON EHUMADU,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 24-cv-06972-SK<br><br>**ORDER TO SHOW CAUSE** |

On October 15, 2024, Plaintiff Beckyleon Ehumadu, who is represented by counsel, filed a complaint for writ of mandamus against several federal agencies and officials responsible for immigration services. (Dkt. No. 3.)

Under the Federal Rules of Civil Procedure, there is a time limit for effectuating service of a complaint. Fed. R. Civ. P. 4(m). Specifically, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id*. However, if a "plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id*.

///
///
///
///
///
///
///

1   Over 90 days have passed since Plaintiff filed her complaint, yet Plaintiff has not yet filed
2   proof of service.  Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than
3   February 11, 2025, why this case should not be dismissed for failure to prosecute, pursuant to
4   Federal Rule of Civil Procedure 41(b).  Plaintiff should discuss any attempts she has made in
5   effectuating service and whether she requires more time.
6   **IT IS SO ORDERED**.
7   Dated: January 21, 2025



SALLIE KIM
United States Magistrate Judge

2